# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| LEVER YOUR BUSINESS, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>SACRED HOOPS & HARDWOOD, INC., a South Dakota corporation d/b/a TOP 10 SPORTS and/or TOP10SPORTS.COM,<br><br>Defendant. | Case No. 5:19-cv-01530-CAS-KKx<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING CASE WITH PREJUDICE**<br><br>Judge: Christina A. Snyder<br>Courtroom: 8D |
| SACRED HOOPS & HARDWOOD, INC., a South Dakota corporation d/b/a TOP 10 SPORTS and/or TOP10SPORTS.COM,<br><br>Counterclaimant,<br><br>v.<br><br>LEVER YOUR BUSINESS, INC., a California corporation,<br><br>Counter-Defendant. | |

- 1 -

**ORDER**

Pursuant to the parties joint stipulation to dismiss with prejudice, IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety, with all parties to bear their own costs and attorneys' fees.

This Order of Dismissal shall not constitute an admission of liability by any party as to any claims alleged in the Complaint or otherwise raised in the Action.

The Clerk of the Court is directed to close the above-captioned action.

IT IS SO ORDERED.

DATED: December 28, 2021

*Christina A. Snyder*
Hon. Christina A. Snyder
United States. District Judge